**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Case No. 21-mj-65 (ZMF)** |
| **v.** | : | |
| | : | |
| **ARTIE BYRD** | : | |

**NOTICE OF LETTER PROVIDED TO DEFENSE COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that the United States gave to counsel of record in the above-captioned case via USAfx file exchange the discovery listed in the attached letter on the dates set forth in the letter. The government requests that the attached discovery letter, dated January 25, 2021, be made part of the record in this case.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York No. 4444188

By:    */s/ Jeffrey N. Poulin*
Jeffrey N. Poulin
WV Bar No. 11437
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-2641

CERTIFICATE OF SERVICE

      On January 25, 2021, a copy of the foregoing notice and attached discovery letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the discovery letter.

                                              */s/ Jeffrey N. Poulin*
                                              Jeffrey N. Poulin
                                              Assistant United States Attorney



U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

January 25, 2021

***By Email***

Dani Jahn
Federal Public Defender
dani_jahn@fd.org

   Re: *United States v. Artie Byrd*
     Case No.: 21-mj-65 (ZMF)

Dear Counsel:

  This discovery letter concerns the above-referenced case. Among other things, this letter memorializes ongoing discovery that has been provided to you in the above-referenced matter. By now, you are connected to the USA File Exchange ("USAfx" or "the Box"). As you are aware, there is a case-folder labeled, "Artie Byrd" and you and your paralegal have access to this case-folder and are able to download its contents. **Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 30 days or less. It is therefore imperative that you download all discovery as soon as possible.**

  **I.**  **Charges**

  For the charges pending against your client, we refer you to the Complaint filed through the Electronic Court File system for this case and provided as listed below.

  **II.**  **Discovery**

    A.  Documents and Digital Files:

  Discovery in the above mentioned case has been uploaded to the USA File Exchange ("USAfx" or "the Box") titled "Artie Byrd." **Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 30 days or less. It is therefore imperative that you download all discovery as soon as possible.**

| *Platform* | *Quantity* | *Description* | *Production Date* |
|---|---|---|---|
| **USAfx** | 13 photos | BWC Photos<br>• Axon_Capture_Photo_2021-01-14_170538_10585.jpg<br>• Axon_Capture_Photo_2021-01-14_170539_10585.jpg<br>• Axon_Capture_Photo_2021-01-14_170554_10585.jpg<br>• Axon_Capture_Photo_2021-01-14_183513_9711.jpg<br>• Axon_Capture_Photo_2021-01-14_184010_9711.jpg<br>• Axon_Capture_Photo_2021-01-14_184028_9711.jpg<br>• Axon_Capture_Photo_2021-01-14_190311_10585.jpg<br>• Axon_Capture_Photo_2021-01-14_190324_10585.jpg<br>• Axon_Capture_Photo_2021-01-14_190334_10585.jpg<br>• Axon_Capture_Photo_2021-01-14_190746_10585.jpg<br>• Axon_Capture_Photo_2021-01-14_190756_10585.jpg<br>• Axon_Capture_Photo_2021-01-14_191218_10585.jpg<br>• Axon_Capture_Photo_2021-01-14_191234_10585.jpg | *2021-01-26* |
| **USAfx** | 1 pdf | Criminal History<br>• LU#11_criminal_history.pdf (23 pages)<br>• Byrd PSR.pdf | *2021-01-26* |
| **USAfx** | 4 pdfs | Complaint Paperwork<br>• signed-21mj65 Arrest Warrant.pdf (2 pages)<br>• signed-21mj65 Complaint.pdf (1 page)<br>• signed-21mj65 Criminal Complaint - Redacted.pdf (1 page)<br>• signed-21mj65 Statement of Facts.pdf (2 pages) | *2021-01-26* |
| **USAfx** | 1 photo<br>7 pdfs | MPD Documents<br>• 10_BYRD_ARTIE_AFIS_FORM.pdf (1 page)<br>• 11_Arrest_Packets_-_102100794.pdf (30 pages)<br>• 11_Gerstein_USAO_-_102100794.pdf (2 pages)<br>• r_5_Papering_Cover_Sheet_21006285.docx (1 page) (redacted)<br>• r_7_arrest_paperwork_21006285.pdf (14 pages) | *2021-01-26* |

|  |  | (redacted) (includes PD 256, PD81(s), WALES search re Firearm, DFS Submission Form, Request re Registration/License to Carry, J&C 2010CF2 7647, WALEs Report re Byrd)<br>• 9_m1.jpg (Photo of Byrd)<br>• Case_Notes_-_Attempted_Interview_-_Jan_14__2021_22_13.pdf (2 pages)<br>• 21006285 Property Barcodes (3 pages) |  |
|  |  |  |  |

Accordingly, please be advised that we anticipate providing additional discovery in this case.

B. <u>Evidence</u>

**1. Physical Evidence**

At trial, the government may seek to introduce the physical evidence that is described on the attached police reports and those items listed below. This evidence includes:

- Photographs of the scene, evidence and your client
- Diagrams or maps of the location where the incident occurred
- Firearm and ammunition
- As well as any of the seized items that are indicated on the various reports, which have also been provided to you

**2. Radio Run Information**

___ The government believes there are no recorded communications relevant to this case.

_X_ The government believes that there may be recorded communications relevant to this case. The recording will be provided consistent with the government's obligations under the <u>Jencks</u> Act. Should we determine that we might use the recorded communications as evidence at trial, we will provide you a copy of the tape after we receive it.

**3. Identification Evidence**

At this time, the government is not aware of any identification procedures utilized during this investigation.

C. <u>Inspection:</u>

Upon request, you are entitled to inspect and copy or photograph certain books, papers,

documents, photographs, tangible objects, buildings or places that are within the possession, custody or control of the government. See Fed R. Crim. P. 16(a)(1)(E). If you would like to view any of the evidence listed above or described in the reports provided herewith, please contact me to arrange for the inspection of the evidence. These arrangements will include a condition that you not raise any objection to the admissibility of such evidence at trial because of the break in the chain-of-custody occasioned by your inspection.

### D. Reports of Examinations or Tests and Experts:

Enclosed with this letter are multiple forensic processing and examination reports. It is anticipated that there will be additional forensic test results forthcoming. Such reports may include, but are not limited to, fingerprint testing, DNA testing, drug analysis, and/or firearms testing. Once any additional reports are completed, we will forward these to you pursuant to the government's ongoing discovery obligations.

Please be advised that the government may call a DNA expert to testify at trial. Further details specifying the identities of these experts, the experts' qualifications, and the substance and basis of the expert testimony will be provided under separate cover.

Please be advised that the government may call a fingerprint expert to testify at trial. The expert may testify about the following subjects: the taking of fingerprints; how fingerprints are left; how fingerprints are lifted; the factors that affect the taking of fingerprints; the difficulties in recovering prints from surfaces such as plastic or guns; the comparison of prints; and the identification of prints if there are sufficient "points" to render a print usable. Due to the volume of cases being presented in court, it is unclear which witness will be available to testify if needed. The government may also call an experienced Mobile Crime or Crime Scene Search evidence technician as an expert. This expert will testify about the methods used to recover or attempt to recover latent fingerprints from pieces of evidence, why recovering latent fingerprints from particular surfaces or items of evidence may be difficult, and the MPD (or other law enforcement) policies, practices, and procedures for recovering and processing latent fingerprints. Such an expert will base his or her testimony on their training and experience in evidence collection. Further details specifying the identity of the expert, the expert's qualifications, and the substance and basis of the expert testimony will be provided under separate cover.

Please be advised that the government may call an expert in the field of forensic analysis and the analysis of controlled substances to testify regarding testing procedures and the results of any drug analysis. The government may also call a drug expert to testify regarding the police procedures regarding the handlings and analysis of narcotics, as well as methods used by person in the District of Columbia for the use, purchase, processing, packaging, and distribution of narcotics. Further details specifying the identity of the expert, the expert's qualifications, and the substance and basis of the expert testimony will be provided under separate cover.

The government may also call a firearms expert to testify regarding the fact that the firearm and ammunition recovered in this case were not manufactured in the District of Columbia, and that this item was shipped or transported interstate or foreign commerce from another state into the

District of Columbia. Further details specifying the identity of the expert, the expert's qualifications, and the substance and basis of the expert testimony will be provided under separate cover.

Finally, as evidence is collected and analyzed in this case, further need for expert testimony may be identified by the government; at which time the government will provide details specifying the identity of the expert, the expert's qualifications, and the substance and basis of the expert testimony under separate cover.

### III.    RULE 404(b) and RULE 609 EVIDENCE (known at this time)

The government may seek to admit evidence pursuant to FRE 404(b) and 609. In the event that the government seeks to introduce such evidence at trial, an appropriate notice or motion will be filed. Please also refer to the Pretrial Services Report that you received at arraignment for information about your client's criminal record that will likely form the basis for some or all of the evidence to be admitted pursuant to FRE 404(b) and 609.

### IV.    Criminal Record

Please refer to the Pretrial Services Reports that you received at arraignment for further information about your client's record. I will notify you in writing if the government learns of any additional convictions which are not included in this report.

### V.    Government's Discovery Requests

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

(1) notice of documents and tangible objects the defendant expects to introduce;
(2) a Jencks request for all prior statements of any defense witness (excluding the defendant);
(3) a Lewis request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and
(4) a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, we note our continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

### VI.    Other Information (Brady / Lewis / Giglio)

The government is aware of its Brady or Giglio obligations. If such information does exist with respect to any confidential informant(s), it will be disclosed at the appropriate time. Lewis information for the government's witnesses will be provided to you at the time of trial.

Should you have any questions or concerns, please call me directly at the telephone number indicated above.

### VII.   Contact Information

If you have any questions about the information provided above, you may contact me by telephone, fax, or mail; as provided below.

Jeffrey Poulin
Office of the United States Attorney
Violent Crime and Narcotics Trafficking Section
555 4th St., NW
Washington, DC 20530
jeffrey.poulin@usdoj.gov
202-252-2641

                                                Respectfully,

                                                MICHAEL R. SHERWIN
                                                ACTING UNITED STATES ATTORNEY

                            By:     */s/ Jeffrey N. Poulin*_____
                                         Jeffrey N. Poulin
                                         Assistant United States Attorney